**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR362** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JAMAR MICHAEL FIELDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (Filing No. 34).

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. 34) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, August 24, 2011, to the institution most recently designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 5th day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge